**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JERLARD D. REMBERT,

     Plaintiff,

v.                                                                Case No. 8:20-cv-10-T-60SPF

PINELLAS COUNTY FLORIDA,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Sean P.

Flynn, United States Magistrate Judge, entered on January 3, 2020.  (Doc. 6).

Judge Flynn recommends that the Court: (1) deny Plaintiff's motion for leave to

proceed *in forma pauperis*, (2) dismiss Plaintiff's complaint, and (3) direct the Clerk

to terminate all pending motions.  Plaintiff filed an objection to the report and

recommendation on January 13, 2020.  (Doc. 7).  Upon review of the report and

recommendation, objection, court file, and record, the Court finds as follows:

Under the Federal Magistrates Act, Congress vests Article III judges with the

power to "designate a magistrate judge to hear and determine any pretrial matter

pending before the court," subject to various exceptions.  28 U.S.C. § 636(b)(1)(A).

The Act further vests magistrate judges with authority to submit proposed findings

of fact and recommendations for disposition by an Article III judge.  28 U.S.C. §

636(b)(1)(B).  After conducting a careful and complete review of the findings and

recommendations, a district judge may accept, reject, or modify the magistrate

judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).

After careful consideration of the record, including Judge Flynn's report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation.  The Court agrees with Judge Flynn's well-reasoned findings and conclusions, including that Plaintiff's claims are barred.  Consequently, Plaintiff's *in forma pauperis* motion is denied, and this action is dismissed.

It is therefore

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Judge Flynn's report and recommendation (Doc. 6) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

(3) Plaintiff's complaint (Doc. 1) is **DISMISSED** without leave to amend.

(4) The Clerk is directed to terminate any pending motions and deadlines, and thereafter **CLOSE THIS CASE**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 23rd day of April, 2020.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**